UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No. 13 CR 10164-WGY |
| | ) | |
| FRANK MCGUIRE | ) | |

**MOTION TO JOIN MOTION TO SUPPRESS**

Defendant Frank McGuire hereby moves to join the Motion to Suppress filed by Mark Newton, Docket Entry No. 193.  As grounds for this motion, Mr. McGuire states that he has a stake in the motion and, if the court were to grant it, the relief would inure to his benefit.  Mr. McGuire further states that the court recently has allowed many, if not all, of his codefendants to join Newton's motion.

FRANK MCGUIRE
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099


**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2014.

/s/ *E. Peter Parker*
E. Peter Parker