UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-10164-WGY** |
| | ) | |
| **MICHAEL BOURQUE et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

The United States respectfully submits the following notice of appearance for the above captioned case.

                            Respectfully submitted,

                            CARMEN M. ORTIZ
                            United States Attorney

       By:    /s/ Neil Gallagher
                    Neil J. Gallagher, Jr.
                    Assistant U.S. Attorney

Date Submitted: April 7, 2014

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.